UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                         Criminal No. Case # 26-30399

v.

                         Originating No. DR-21-CR-2059 (02)

GUILLERMO ROCHA,

     Defendant.

---

**GOVERNMENT'S PETITION FOR TRANSFER OF
DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant GUILLERMO ROCHA to answer to charges pending in another federal district, and states:

1. On July 6, 2026, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Western District of Texas.  Defendant is charged in that district with violation of supervised release in violation of 18 U.S.C. § 3583.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney


s/Blaine Longsworth
BLAINE LONGSWORTH
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Blaine.longsworth@usdoj.gov
(810) 766--5177
P-55984

Dated:  July 6, 2026